# METTE L. ARNOLD v. MARY M. ASH and Others.[1]

December 1, 1911.

Nos. 17,380—(25).

**Opening judgment.**
The trial court did not err in granting a motion to open a default judgment against defendant corporation and to permit it to defend the action. [Reporter.]

Action in the district court for Lake county against fifty-six defendants to determine adverse claims to some forty descriptions of vacant and unoccupied land. Judgment was entered by default in April, 1908. In October, 1910, plaintiff began proceedings to register title to one of the tracts described and served a summons upon defendant corporation. An answer was filed in the registration proceeding and motion made in this action to open the default judgment and allow the moving defendant to defend the action. The court, Cant, J., granted the motion, and from the order granting it, plaintiff appealed. Affirmed.

*John B. Arnold,* for appellant.
*William J. Stevenson,* for respondent.

PER CURIAM.
The plaintiff obtained judgment by default against the Northern Security Company. The defendant company duly moved the court in which the judgment was entered for an order vacating the judgment, and for permission to appear and defend in the action and to serve and file its answer therein. The plaintiff appeared in opposition to the motion. The court, after hearing, granted the motion. The answer on its face states a meritorious defense. The showing made was in all respects sufficient to sustain the order of the trial judge granting the motion.
Order affirmed.

[1] Reported in 133 N. W. 1132.